Jeffrey R. Oritt (2478)
Cohne|Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT  84111
Phone: (801) 363-4300
joritt@cohnekinghorn.com

*Attorneys for Plaintiff*

---

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MCKENNA DENSON,<br><br>                                         Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation; and JOSEPH L. BISHOP,<br><br>                                         Defendants. | **MOTION FOR PRO HAC VICE ADMISSION OF CRAIG K. VERNON AND CONSENT OF LOCAL COUNSEL**<br><br>Case No. 2:18-cv-00284-BCW<br><br>Magistrate:  Brooke C. Wells |

Pursuant to D.U. Civ Rule 83-1.1(d), I move for admission of CRAIG K. VERNON of JAMES, VERNON & WEEKS, P.A. as pro hac vice counsel for the Plaintiff and consent to serve as local counsel.  The Application for Admission Pro Hac Vice is attached as Exhibit A to this Motion, an Electronic Case Filing Registration Form as Exhibit B, and a proposed Order as Exhibit C. The admission fee, if required, has been paid to the Court with the submission of this Motion.

DATED this 4th day of April, 2018

                                     COHNE|KINGHORN
                                     *Attorneys for Plaintiff*

                           By:  */s/ Jeffrey R. Oritt*
                                   JEFFREY R. ORITT