# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney: Craig K. Vernon          Telephone: (208) 667-0683
Firm Name: James, Vernon & Weeks, P.A.
Business Address: 1626 Lincoln Way
Coeur d'Alene, ID 83814

Current bar memberships and date of admission:

| Jurisdiction | Bar Number | | |
|---|---|---|---|
| State of Idaho | 5514 | Admitted on | 9/26/1996 |
| State of Washington | 26332 | Admitted on | 11/18/1996 |
| U.S. District Ct., Dist. of Idaho | 5514 | Admitted on | 9/26/1996 |
| U.S. District Ct., E. Dist of Wash. | 26332 | Admitted on | 11/18/1996 |
| U.S. District Ct., E. Dist. of Wisc. | 5514 | Admitted on | 2/10/2011 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
XX  No          ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:          none

Case Name: The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, et al. v. RJ, MM and BN
Case Number: 2:16-cv-00453
Admission Date: June 15, 2016

(Attach list of other cases separately if more space is needed.)

I certify that I am a member in good standing of all bars to which I have been admitted. I further agree to read and comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. This certification that the foregoing is true and correct is made under penalty of perjury.

_____          April 2, 2016
Signature                          Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $250.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.