Jeffrey R. Oritt, USB No. 2478
Cohne|Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Phone: (801) 363-4300

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MCKENNA DENSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation; and JOSEPH L. BISHOP<br><br>Defendants. | **ORDER FOR PRO HAC VICE ADMISSION OF CRAIG K. VERNON**<br><br>Case No.<br><br>Judge: |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of D.U. Civ Rule 83-1.1(d), the Motion for the admission pro hac vice of CRAIG K. VERNON in the United States District Court, District of Utah, in the subject case is GRANTED.

DATED this _____ day of April, 2018.

_____
U.S. District Judge

1