Jeffrey R. Oritt
Cohne|Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Phone: (801) 363-4300

Craig K. Vernon (ISB No. 5514)
Admitted Pro Hac Vice
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Phone: (208) 667-0683

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MCKENNA DENSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation; and JOSEPH L. BISHOP,<br><br>Defendants. | **CONDITIONAL ACKNOWLEDGMENT OF RECEIPT AND ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT BY DEFENDANT THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**<br><br>Case No. 2:18-cv-00284-BCW<br><br>Judge: Brooke C. Wells |

The undersigned hereby acknowledges receipt of the *Complaint and Demand for Jury Trial* in the above-entitled action and hereby accepts service of said *Complaint* on behalf of Defendant THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS

CHRIST OF LATTER-DAY SAINTS, a Utah corporation, on the condition that said Defendant is allowed until May 15, 2018 to respond to Plaintiff's *Complaint*.

Dated this 24 day of April, 2018

                STOEL RIVES, LLP
                *Attorneys for Defendant The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints*

                By: _____
                    DAVID J. JORDAN