CONFIDENTIAL INFORMATION

Jeffrey R. Oritt (USB No. 2478)
Cohne|Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT  84111
Phone:  (801) 363-4300

Craig K. Vernon (USB No. 16737)
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID  83814
Phone:  (208) 667-0683

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MCKENNA DENSON,<br><br>                                   Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation; and JOSEPH L. BISHOP,<br><br>                                   Defendants. | Case No. 2:18-cv-00284-BCW<br><br>**MOTION FOR WITHDRAWAL OF COUNSEL FOR PLAINTIFF**<br><br>District Judge:  Dale A. Kimball<br>Magistrate Judge:  Dustin B. Pead |

**<u>REDACTED VERSION – DOCUMENT TO BE FILED UNDER SEAL</u>**