IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| McKenna Denson,<br><br>                Plaintiff,<br>v.<br><br>Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, The et al,<br><br>                Defendants. | ORDER TO SHOW CAUSE<br><br>Case No.  2:18-cv-00284-DAK-DBP<br><br>District Judge Dale Kimball<br><br>Magistrate Judge Dustin B. Pead |

       On March 25, 2020, Defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, The, filed a motion seeking an order from the court requiring Plaintiff, McKenna Denson, to provide additional details in a court-ordered affidavit. To date, Ms. Denson has failed to respond to the motion and on April 9, 2020, Defendant entered a request to submit for decision noting that the briefing period had passed with no response. (ECF No. 102.) Local Rule 7-1(d) provides that a "Failure to respond timely to a motion, … may result in the court's granting the motion without further notice." DUCivR 7-1(d).

       Accordingly, Plaintiff is hereby ordered to show cause why the above motion should not be granted. Plaintiff is directed to respond in writing within 14 days from the date of this order and inform the court of any opposition to the motion and intentions to proceed with this case. Failure to do so will result in the court granting the motion.

       DATED this 10 April 2020.

                                                       _____<br>
                                                       Dustin B. Pead<br>
                                                     United States Magistrate Judge