IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| McKenna Denson,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, The et al,<br><br>　　　　　　　　Defendants. | ORDER GRANTING MOTION FOR EXTENSION TO FILE RESPONSE<br><br>Case No.  2:18-cv-00284-DAK-DBP<br><br>District Judge Dale Kimball<br><br>Magistrate Judge Dustin B. Pead |

　　　　Defendants filed a Sealed Motion For Preservation of Electronic Evidence on May 14, 2020. Approximately 15 days later, having received no response, Defendants filed a Request to Submit. (ECF No. 110.) On June 2, 2020, after the deadline to respond to the motion had passed, Plaintiff filed a response along with a motion for extension of time to file a response. (ECF 112.)

　　　　The court HEREBY GRANTS the motion for extension so the response may be filed.

　　　　IT IS SO ORDERED.

　　　　DATED this 4 June 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Dustin B. Pead
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge