# EXHIBIT A



## This Content Isn't Available Right Now

When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

**Go to News Feed**

Go Back

Visit Help Center