IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| McKenna Denson,<br><br>                    Plaintiff,<br><br>v.<br><br>Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, et al.,<br><br>                    Defendants. | ORDER REGARDING MOTION TO APPROVE REVIEW PLAN<br><br>Case No. 2:18-cv-00284-DAK-DBP<br><br>District Judge Dale Kimball<br><br>Magistrate Judge Dustin B. Pead |

Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints (COP) seeks approval of the review plan. (ECF No. 124.) Pursuant to court orders, third-party Xact Data Discovery has completed its evidence collection efforts and submitted a report. COP requests the court approve its proposed plan for review of the evidence.

To help facilitate resolution of this motion the court HEREBY ORDERS Plaintiff McKenna Denson to file any response to the motion and proposed plan on or before Wednesday August 26, 2020. Defendant may then file a reply on or before Friday August 28, 2020.

IT IS SO ORDERED.

DATED this 21 August 2020.

_____
Dustin B. Pead
United States Magistrate Judge