David J. Jordan (1751)
Wesley F. Harward (15623)
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131

*Attorneys for Defendant Corporation of the
President of The Church of Jesus Christ of
Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MCKENNA DENSON,<br><br>        Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation; and JOSEPH L. BISHOP,<br><br>        Defendants. | **REPLY MEMORANDUM IN SUPPORT OF MOTION TO APPROVE COP'S PROPOSED REVIEW PLAN AND REQUEST TO SUBMIT**<br><br>Case No. 2:18-cv-00284<br><br>The Honorable Dale A. Kimball<br>The Honorable Dustin B. Pead |

Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP") submits this Reply Memorandum in Support of Motion to Approve COP's Proposed Review Plan and Request to Submit (the "Motion") (Docket 124).

107831345.1 0056812-00006

On August 21, 2020, this Court ordered Ms. Denson "to file any response to the motion and proposed plan on or before Wednesday, August 26, 2020." (Docket 126).  To date, Ms. Denson has not responded to or opposed the Motion or the related review plan.

For the reasons stated therein, COP requests that this Court grant the Motion and allow the review process to begin.  This Motion is now fully briefed and ripe for decision.

DATED:  August 28, 2020.

        STOEL RIVES LLP

        /s/ Wesley F. Harward
        David J. Jordan
        Wesley F. Harward

*Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, a full and correct copy of the foregoing **REPLY MEMORANDUM IN SUPPORT OF MOTION TO APPROVE COP'S PROPOSED REVIEW PLAN AND REQUEST TO SUBMIT** was served upon the following via email and U.S. mail:

McKenna Denson
1715 ½ E 8th Street
Pueblo, CO 81001
Email: mckenna.aitcounseling@gmail.com

/s/ Rose Gledhill