IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| McKenna Denson,<br><br>                        Plaintiff,<br><br>v.<br><br>Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, et al.,<br><br>                        Defendants. | ORDER GRANTING MOTION TO APPROVE REVIEW PLAN<br><br>Case No. 2:18-cv-00284-DAK-DBP<br><br>District Judge Dale Kimball<br><br>Magistrate Judge Dustin B. Pead |

Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints (COP) seeks approval of the review plan. (ECF No. 124.) The court entered an order directing Plaintiff to file any objections to the review plan by August 26, 2020. To date, no objection has been filed.

Therefore, for good cause shown, and on account of no opposition being filed, or alternative review plan being presented, the court GRANTS Defendants' Motion to Approve Review Plan. The parties are to proceed as outlined in the review plan.

IT IS SO ORDERED.

DATED this 31 August 2020.

_____
Dustin B. Pead
United States Magistrate Judge