David J. Jordan (1751)
Wesley F. Harward (15623)
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131

*Attorneys for Defendant Corporation of the
President of The Church of Jesus Christ of
Latter-day Saints*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MCKENNA DENSON,<br><br>Plaintiff,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation; and JOSEPH L. BISHOP,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:18-cv-00284<br><br>The Honorable Dustin B. Pead<br>The Honorable Dale A. Kimball |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff McKenna Denson and defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints jointly stipulate to dismiss this action with prejudice.

The parties shall bear their own fees and costs associated with this action. The parties have not entered into a settlement and, aside from the agreement to bear their own fees and costs, there are no further agreements between them.

104952748.1 0056812-00006

DATED: December 4, 2020.

        STOEL RIVES LLP

        *Wesley F. Harward*
        David J. Jordan
        Wesley F. Harward

        *Attorneys for Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints*

        MCKENNA DENSON

        *McKenna Denson*
        12-5-20

2

104952748.1 0056812-00006